IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOSEPH HALL,** | : | CIVIL ACTION NO. 1:19-CV-225 |
| Petitioner | : | (Judge Conner) |
| v. | : | |
| **WARDEN J. BALTAZAR,** | : | |
| Respondent | : | |

# **ORDER**

AND NOW, this 17th day of December, 2020, upon consideration of the petition for writ of habeas corpus, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. The Clerk of Court is directed to SUBSTITUTE Warden J. Baltazar as the sole respondent in this action.

2. The petition for writ of habeas corpus is DISMISSED. (Doc. 1).

3. The Clerk of Court is directed to CLOSE this case.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania